**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

SUMMER GORMAN                                                        PLAINTIFF

v.                                                        CASE NO: 3:16-cv-204-GHD-JMV

STATE OF MISSISSIPPI ET AL.                                          DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

State Defendants Robert Sharp, the State of Mississippi, the Mississippi Department of Public Safety, and the Mississippi Gaming Commission have moved to dismiss all of the claims asserted against them in the above-styled case on several bases, including, but not limited to, sovereign immunity and lack of jurisdiction.

Under L.U.CIV.R. 16(b)(3)(B) "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

ACCORDINGLY, IT IS ORDERED that the attorney conference, case management conference, disclosure requirements, and merits discovery in this case are stayed, pending a ruling on Defendants' motion to dismiss.

This, the 8th day of November, 2016.

_/s/ Jane M. Virden_____
UNITED STATES MAGISTRATE JUDGE