IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SUMMER GORMAN**                                                   **PLAINTIFF**

**v.**                                 **CASE NO: 3:16-cv-204-GHD-JMV**

**STATE OF MISSISSIPPI, ET AL.**                            **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting an immunity defense . . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Because Defendant, Robert Sharp, has filed a Notice of Appeal [35] of the Order [31] denying in part his qualified immunity defense motion [17],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are **STAYED** pending resolution of the appeal.

This 25th day of July, 2017.

                                                                      /s/ Jane M. Virden
                                                                      U.S. Magistrate Judge